**Raymond Leslie CRUIT, Jr., Plaintiff—Appellant,**

v.

**U.S. GOVERNMENT; North Carolina; Buncombe; Asheville, Defendants— Appellees.**

No. 07–1209.

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 14, 2007.

Raymond Leslie Cruit, Jr., Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Leslie Cruit, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cruit v. U.S. Gov't,* No. 1:07–cv00075, 2007 WL 674322 (W.D.N.C. Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*